**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD ALAN McANULTY, | |
| Plaintiff, | CIVIL ACTION NO. 3:13-CV-03104 |
| v. | (JUDGE CAPUTO) |
| SUPT. VINCENT MOONEY, et al., | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

## ORDER

**NOW**, this 4th day of January, 2016, **IT IS HEREBY ORDERED** that Magistrate Judge Mehalchick's Report and Recommendation (Doc. 51) is **ADOPTED in part and REJECTED in part** as follows**:**

(1) The DOC Defendants' motion to dismiss for failure to state a claim (Doc. 24) is **GRANTED**.

(2) Defendant Daya's motion to dismiss for failure to state a claim (Doc. 30) is **GRANTED**.

(3) Defendants Landsberg, Popick, and Wexford Health Network's motion to dismiss for failure to state a claim (Doc. 37) will be **GRANTED in part and DENIED in part** as follows:

   (A) Defendants Landsberg and Popick's motion to dismiss Plaintiff's deliberate indifference claim regarding their failure to maintain updated medical records on Plaintiff and their failure to order proper follow-up appointments to evaluate Plaintiff's condition is **GRANTED**.

   (B) Defendants Landsberg and Popick's motion to dismiss Plaintiff's deliberate indifference claim regarding their failure to reorder required medications for Plaintiff is **DENIED**.

   (C) All claims against Defendant Wexford Health Network are **DISMISSED**.

(4) Defendants Wexford Health Network, Landsberg, and Popick's motion to

      dismiss for failure to prosecute (Doc. 47) is **DENIED**.

(5)     Plaintiff shall have twenty-one (21) days from the date of entry of this Order to amend his complaint. Otherwise, the claims will be dismissed with prejudice.

(6)     Plaintiff's Motion to Appoint Counsel (Doc. 54) is **DENIED**.

        /s/ A. Richard Caputo  
        A. Richard Caputo  
        United States District Judge