### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD ALAN McANULTY, | |
| Plaintiff, | CIVIL ACTION NO. 3:13-CV-03104 |
| v. | (JUDGE CAPUTO) |
| SUPT. VINCENT MOONEY, et al., | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

### ORDER

**NOW**, this 11th day of August, 2016, **IT IS HEREBY ORDERED** as follows:

(1)   Magistrate Judge Mehalchick's Report and Recommendation (Doc. 65) is **ADOPTED in its entirety**.

(1)   Plaintiff's Second Amended Complaint (Doc. 64) is **DISMISSED with prejudice**.

(2)   The Clerk of Court is directed to mark this case as **CLOSED**.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge